**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BLUE ANGEL REALTY, INC.,

                Plaintiff,

  -against-                                    20 **CIVIL** 8220 (KPF)

                                                          **JUDGMENT**

UNITED STATES OF AMERICA and UNITED
STATES DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 9, 2022, because Plaintiff's only remaining claim is time-barred, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      December 9, 2022

                                                      **RUBY J. KRAJICK**

                                                      _____
                                                      **Clerk of Court**

                                **BY:**      *K. Mango*

                                                        _____
                                                      **Deputy Clerk**